FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

ADRIAN LAMAR BRINSON  GDC#1171205
CENTRAL STATE PRISON
4600 FULTON MILL RD.
MACON GEORGIA 31208

**CV423-039**

(Enter above full name of plaintiff or plaintiffs)

v.

GDC SGT. Gillison Coastal State Prison
Ga. Dept of corrections Timonty Ward
GDC Comminissoner
GDC officer Jane Doe (officer Strickland) Coastal State Prison
GDC SGT Brittany Beard Coastal State

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?  Yes ___  No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket number: _____

   4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?     Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____ No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district):
   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes _____ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

_____
_____
_____
_____

II. Place of present confinement: __Central State Prison__

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? __I filed a grievance on the issue and had my family on the outside staying in contact with prison and law officials__

2. What was the result? __My grievance was denied because I had a extra attachment to the grievance__

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ✓   No ___

If yes, what was the result? Central office for the dept of corrections denied my appeal saying that I didn't not follow sop with added attachment

D. If you did not utilize the prison grievance procedure, explain why not: _____

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Adrian Lamar Branson GDC 1171205
   Address: Central State Prison
   4600 Fulton Mill Rd.
   Macon Georgia 31208

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Timonty Ward
   Position: ex Commissoner of Ga Dept Corr.
   Place of employment: Ga Dept of corrections
   Current address: Unknown

C. Additional defendants: SGT BRittany Beard Dept of corr. Coastal state Prison, SGT Gillison Dept of Corr. Coastal State Prison, Officer Jane Doe (Strickland / taylor), SGT Gibbs Dept of corrections Coastal State prison, John Doe (Officer C or big C) Dept of corrections Coastal State Prison, Aaron Pineao DOC Warden Coastal State P., Depty Warden of Care and treatment Coastal state Prison. and GDC Commissoner.

4

IV.  Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Nov 16th 2022 2:38 pm Coastal State Prison in front of N building. Jane Doe officer Strickland Promised inmate contraband to assult Plantiff. Officer Strickland came to work with the intent to carry out a paid hit via inmates BB, Money hungry, extra, and three others attacked Plantiff in front of officer strickland while she watched and did not do a thing but make threats. This hit was payed for by SGT Beard who is related to and connected to a bainbridge teen that was murdered in thomasville Ga. on July 2019. SGT Beard had made threats prior to incident. 4 inmates withnessed the incident Matthew, John Doe + wayne Olever, and Trey withnessed officer strickland talking to another inmate Soc Brown about a hit being on a muslim. On 11/22/22 @ 3pm I was called to Dpty warden of C3T officer where her and SGT Gibbs and SGT Gillion were there. SGT Gillion threatened that today was my last day breathing at coastal State Prison Placed me in the hole by sert team officer Durant and Big C. They placed me in the hole with my attackers in the same room, and promised them more money

5

Attachment #1:

Plantiff was denied Protective Custody by DW of GT, SGT Beard, SGT Gillison, and SGT Gibbs. SGT Beard Placed first money up for first assult and Gillison Gibbs paied for 2nd hit via a inmate name hot, SGT Beard has relations with inmate top and top and hot ar

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ask that the Courts grant Plantiff in the amount of 150 million Dollars. Request that Ga. beuier of investigation investigate incident and all officers involved to be fired. I ask that the Carts order that Defendents also pay all court Costs and fee and lawyer fees.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of Feb, 2023.

Prisoner No. 1171205

(Signature of Plaintiff)

ADRIAN NMN FORT
NOTARY PUBLIC
BIBB COUNTY, GEORGIA
MY COMMISSION EXPIRES NOVEMBER 04, 2023

Nathan L. Brinson GDC 1171208
Central State Prison
4600 Fulton mill Rd.
Macon Ga, 31208

314412-820006

MACON GA
10 FEB 2023 PM 2

United States District Courts
Southern district of Ga.
P.O. Box 8286
Savannah Ga. 31412