IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ADRIAN LAMAR BRINSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SGT. GILLISON, Dept. of Corr., ) <br> Coastal State Prison; TIMOTHY ) <br> WARD, Dept. of Corr., Coastal ) <br> State Prison; SGT. BRITTANY ) <br> BEARD, Dept of Corr., Coastal ) <br> State Prison; JANE DOE, Officer ) <br> Strickland/Taylor; SGT. GIBBS, ) <br> Dept of Corrections, Coastal ) <br> State Prison; JOHN DOE, (Officer ) <br> C or Big C) Dept. of ) <br> Corrections, Coastal State ) <br> Prison; AARON PINERIO, DOC ) <br> Warden, Coastal State Prison; ) <br> DEPUTY WARDEN OF CARE AND ) <br> TREATMENT, Coastal State ) <br> Prison; and GDC COMMISSIONER, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV423-039 |

## O R D E R

Before the Court is the Magistrate Judge's April 14, 2023, Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record,[1] the report and

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).

recommendation (Doc. 6) is **ADOPTED** as the Court's opinion in this case. Plaintiff Adrian Lamar Brinson's claims that Defendants Durant, "Big C," Gillison, and Gibbs violated his Eighth Amendment rights; his claims arising from verbal threats made at the November 22, 2022 meeting; his claims against Defendants Ward, Pinerio, and the Commissioner of the Georgia Department of Corrections; and his request to initiate a criminal investigation are all **DISMISSED**. Plaintiff's claim that Defendants Strickland and Beard violated his Eighth Amendment rights by soliciting the attack that occurred on November 22, 2022, remains pending.

SO ORDERED this **23rd** day of May 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA