IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____Southern_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

ADRIAN LAMAR BRINSON
GDC # 1171,205

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS. See Attachment

SGT G.Illison
SGT Beard
Officer Strickland AKA Taylor
Deputy Warden Krugler

(NAME OF EACH DEFENDANT)

Defendant(s)

Amended

CIVIL ACTION NO:

CV 423-039

## I. GENERAL INFORMATION

1. Your full name **and** prison number  Adrian Lamar Brinson GDC#1171205

2. Name and location of prison where you are **now** confined  Central State Prison, Macon Ga.

3. Sentence you are now serving (how long?)  10 yrs credit from 11/17/17

   (a) What were you convicted of?  Aggravated Assult Robbery poss of firearm poss by convicted felon

   (b) Name and location of court which imposed sentence  Thomas County Suprior Cart Thomasville Ga.

   (c) When was sentence imposed?  April 2018

   (d) Did you appeal your sentence and/or conviction?   Yes ✓   No ☐

   (e) What was the result of your appeal?  Denied

# Defendant   List

1. officer strickland   Coastal State Prison

2. Lt. Brittany B. Beard  Coastal State Prison

3. SGT Gillison Coastal State Prison

4. unit manger  Tia fletchen Coastal State Prison

5. Depty warden C & T Knglor  Coastal State Prison

6. Counselor  Smith  Central State Prison

7. Central State Prison business office

8. terrance  myricks  central State Prison

9. Derrick Davis GDC#    central state Prison

10. kyle walker GDC#    ware state Prison

11. Lt Caldwell   Central State Prison

(f) Approximate date your sentence will be completed ___11 / 17 / 27___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

    Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s):_____

   _____

   Defendant(s):_____

   _____

   (b) Name of Court:_____

   (c) Docket Number:_____   When did you file this lawsuit?_____

   (d) Name of judge assigned to case:_____

   (e) Is this case still pending?   Yes [ ]   No [ ]

   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

       _____

       _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [✓]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____

   (c) Docket Number:_____   When did you file this lawsuit?_____

   (d) Name of judge assigned to case:_____

   (e) Is this case still pending?   Yes [ ]   No [ ]

(f)     If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ☐     No ☑

> If your answer is Yes, state the name of the court and docket number as to each case:

_____     _____

_____     _____

_____     _____

_____     _____

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Coastal State prison Garden City Georgia / Central State Prison

> (a) Does this institution have a grievance procedure?     Yes ☑     No ☐
>
> (b) If your answer to question 9(a) is "Yes", answer the following:
>
> > (1) Did you present your complaint(s) herein to the institution as a grievance?
> >
> > Yes ☑     No ☐
> >
> > (2) If Yes, what was the result? Grievance rejected due to a extra page attached. Appealed and grievance still reject too many pages.
> >
> > (3) If No, explain why not: _____

_____

_____

_____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials?  Give dates and places and the names of persons talked to.

Spoke with mental health counselor concerning the threat Ms MacAfee took me to unit manager tia fletcher who is friends of Beard nothing done about threat. I wrote everything down that was going on and read it to my creative writing class ms Ivey was the teacher that day

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?       Yes ✓     No ☐

(1) If Yes, to whom did you appeal and what was the result? I appealed my grievance up to proffisional standards with the Dept of corrections

(2) If No, explain why you did not appeal:_____

_____

_____

10.  In what other institutions have been confined?  Give dates of entry and exit.

Central state prison                           Ware state Prison
Coastal state Prison                      • Rodgers state Prison
Dooly state Prison
Jackson state Prison
Wheeler Corr.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Central state prison
4600 Fulton mill Rd.
Macon Georgia

12.  List the full name, the official position, and the place of employment of each defendant in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

Defendant SGT Brittany Beard Lt Coastal State Prison
Defendant SGT Gillison Coastal state Prison
Defendant Depty warden Care treatment Coastal state Prison Ms. Kagler
Defendant officer Strickland / taylor Coastal state Prison
Defendant Tia fletcher Mental health unit manger @ Coastal state prison
Defendant counselor smith @ central state Prison
Defendant Central state business office.

Claim 1: on oct 25 2023
2nd block @ Coastal state Prison I spoke
with mental health Counselor macfee at
my appointment and shared with her
Cocerns that my life was in trouble.
I explained to her that a officer
at the prison had put a hit out
on me because on July 5th 2019
a Bainbridge teen by the name of
Tanzania Rashaun Cooper was shot and
killed in thomasville Ga. on feimberg st. My
Co defendant Derylmaize Jackson was charged
for the murder along with my ex girlfriend
Alvincisa Davis. 2 days after the incident
Demick Davis shot my stepson in retaliation
to Janzania murder. Let the record show
that Tanzania Cooper 13 from bainbridge
Ga. He is related to Lt Brittany Beard
at Coastal state Prison whom is also
from bainbridge Ga. I told ms macfee

1

that Derrick Davis AKA BB was at Coastal state Prison. Derrick Davis and Lt Beard are classmates from class of 2012. Beard and Davis had made threats to plaintiff Brinson "to make sure he gets touched" Counselor macfee reported the threat to Unit manger tia fletcher. Unit manger fletcher and Lt Beard are good friends and instead of relaying message to Security ms fletcher informed Lt Beard that I was going to write a statement on her. Unt manger ms fletcher Put inmates life in futher danger by Giving Lt Beard heads up.

witthness:
Alvincsia Davis
Derylmaize Jackson
GDI special agent Solm Doe
macfee

Claim 2: on Oct 28 2022
Coastal Stok Prison 1:38pm medication
P.ll call window. SGT /Lt Beard stopped
and and asked could she speak
with me a min. I didnt feel comfortable
So I asked another inmate John Doe#2
to come with me. Derrick Davis was
beside her. Beard stated that "if Beard
wants to get something done to you
then Beard gets it done." I walked
off but was approached by Davis
and Davis stated that "if I get Beard
in trouble I'll get seen about." I told
SGT Richardson about threats by Davis
and Beard and Richardson refused to
let me go to Protective Custody. On Nov
8th 2022 @ 2:08 pm coastal Stok Prison
N building yard. I was on the yard
and inmate Toliver approached me and
said that SGT Beard was in the building

1

looking for me, and that she said she was not leaving until she spoke with me. I stayed outside but she came outside with officer strickland. As soon as SGT Beard seen me she walked up to me and started yelling at me. officer Strickland stood by the door smiling as Beard assaulted me verbal and made more threats that were carryed out on Nov 16th 2022. On Nov 15th 2022 and block Coastal Stat Prison Gym Creative writing class with ms ivey. During class I exposed SGT Beard to be corrupt and having evil intents. I told the class in a egsay about my issues with Beard and threats to my life. I also told about the illegal activitey SGT Beard has been getting into.

<u>withness</u>

ms ivey
Creative writing class
John Doe #7
SGT Richardson

Toliver

2

Claim 3: on Nov 16th 2022 @ Coastal state Prison 7:12am inmate Trey withnessed officer Strickland Speaking with inmate Joe Brown and Strickland stated that there was a hit on a muslim. Inmate Trey had knowledge of the threat made by Beard and thought that Strickland was speaking of me so he told me to be careful. Nov 16th 2022 @ coastal State Prison 2:38 pm n building. officer strickland called me outside the building and told me to pack up my things. Once I returned with my property officer strickland was outside talking to Derrick Davis and Kyle Walker. Inmate Hogan and Jacob approached me and told me "they heard what's going on and to don't say nothing when I get to the building." I turned around and Davis and walker had came up behind me. They attacked me. During the attack officer strickland was less then

1

feet away while the incident took place.
Officer Strickland didn't aid assist,
didn't call in 10-10 code didn't respond
didn't stop the inmates Didn't report the
incident and made threats that "SGT Beard
was at medical Don't go that way."
As I passed Strickland to get away
from attackers another group of inmates
attacked my by N building gate. I
ran up the flat top and went to
Security. I was never treated
at medical I was refused medical
treatment by Depty warden of C&T
She asked me where I couldn't go
and I told her the dudes that jumped
on me from F building and thats where
she put me. SGT Gillison and Depty warden
of care & treatment denied me medical
attention after the incident and denid
me protective custody after I wrote a
statement of the inmates and officers

witness
moore Counselor          Jacobs
ms parker                Joe Brown
Hogen
Trey                          2.

Claim 4: On Nov 16th 2023 2:44pm coastal

State Prison. Deputy warden of care and treatments office. Once I got into the office, office of ms kruglar! SGT Gillison and SGT Gibbs were in the room. As I stated to the warden what whas going on SGT Gillison stopped me and defended SGT Beard saying she has nothing to do with this. I told the DW That I wanted to go to protective custody and they said I would have to write a statement with names so I did. Once I wrote the statement inwhich included strickland and Beards illegal activities SGT Gillison quickly pulled up the footage and made a copy. my nose was still bleeding and they made me sit in the lobby while they talked. No medical attention given. Inmate Brinson didnt recive no more medical treatment while being at coastal due to retaliation from staff that are friends with SGT Beard. DW Kruglar asked what brilding I could go to because there was no room in the hole denying me protective custody. I told her any where but F building because SGT Beard ran that building and the boys connected to the assult were in that building." SGT Gillison stated Put him in F." Puting me in futher danger.

1

1) Warden Called Officer Strickland to the office and showed her the Statement Officer Strickland walked out the room looked at me and returned to her Post and told the inmates I snitched on her. Due to Officer Strickland no longer being employeed at Coastal State prison Cause inmates to make threats towards brinson.

witness
Mail room officer
SGT Gibbs
Counslar Moore
mS Parker

2.

Claim 5: On NOV 22, 2022 @ Coastal Stek Prison 3pm. SGT Durant was told by DW of care & treatment to bring me to her office. Once I got to the office SGT Gillson and Gibbs was in there. SGT Gillson Stated "I told you to leave SGT Beard out of it. Today going to be your last day breathing at Coastal State Prison." SGT Gillson retaliated against me and placed me in the hole for no reason and without DR. I was placed in the hole without my property no mat blanket or anything. On NOV 23, 2022 Lt Brown brought my property and mat. Officer Big C was instructed by SGT Gillson to move me to a room upstairs but I told him that all the dudes that attacked me are upstairs. Big C stated that SGT Gillson said "if I didn't move rooms she would come and spray me." SGT Gillson Put me in the room with Issac grimes. A innak that is known for stabbing

1

Inmates. Issac gaines stated before he attacked Plaintiff on Nov 23 2022 That SGT G.bbs got him to Jump on me. Gaines stated that he was paid on apple pay. During the attack officers didn't respond to Plaintiffs screams and didn't provide medical attenten.

witness

Big C (officer) Coastal Stek Prison
issac gaines innate Central Stek Prison
SGT Durant (officer) Coastal Stek Pason
Lt Brown (officer) Coastal Stek Prison
SGT G.bbs (officer) Coastal Stek Prison
Willie Pook ordely (innate)
Charlie Baldwin (innate)

2

Claim 6: On nou 16th 2022 at coastal state prison I named all the inmates that wer incolued in statement and grievance. Shortley after getting to Central State Prison inmate Grimes was transferred to Central from Johnson state Prison between leaving Coastal and going to central was only 90 days and three prisons. Shortly after issac arrived Derrick Davis (BD) arrived and has kept up mess trying to get ppl to jump on plaintiff. Defendant tevrance myricks and Derrick Davis attacked Plaintiff on may 3rd 2023 at central state Prison Plaintiff reported to officer Jones the threat and she passed word to Lt caldwell but both officers refused protective Custody and networked with inmates to push plaintiff back inside the dorm. Inmates terrance myricks and Derrick Davis Sent text messages around the prison stating that Plaintiff was a snitch and a paper was on his head. Plaintiff moved around to 5 different dorms for his safty along with inmate myron Jones.

Officer Jones and Lt Caldwell refused medical attention refused protective custody and put plaintff life in danger

witness.
Officer Jones
Lt Green
Undermanger ms. McCall
Myron Jones

2

Claim 7: On Feb 24 2023 Plaintiff recieved papers from Courts ordering that he get Cosent form Sent back along with a Copy of fincal. I turned in forms to basness office to be Retmed signed but busness offcer at Central never returned forms. mailroom offcer stated she never recieved anything from business office. unt manger ms Jordan Stated that business office Stated they will return papers on march 8th 2023 via phone. They still never retaned papers. Spoke to Canseler Hossins Canselor DW Care & treatment, warden Sampson, about papers and still to this day have yet to get them from business office and holding me back from moving forward with lawsuit.

<u>Withness.</u>
Canselor Hossins                    ms Jordan
Counselon telman                    maelroon offcer
Doc Stevenson
DW Care & treatmen
G. Sampson

1

Claim 8: On May 4th 2023 Plaintiff approached Counselor Smith in a bad state and explained to her what was going on. I told her inmates had place h+ on my head I told her what happened at last camp and tryed to give her a emergency grievance to turn in but she refused to take my grievance because she said she aint my Counselor and it aint her problem. Counselor Smith refused to sign my grievance and refused me protective Custody. I filed emergency grievance on kiosk and grievance has yet to be answered 1 month late.

<u>witness</u>

Counselor fields
Counselor Hudgins
Officer Jones
myron Jones

Counselor tilman
Doctor Stevenson
ms watkins

1

Claim 10: In retaliation to filing the grievance on nov 23 2023 and Statment on SGT Beard and offcer Strickland I was transffered on Dec 4th 2022 to Central State. my family ordered a food package and I never received my paakage. Grievance was filed and Still never received Package. As soon as I got to central State I was put on lockdown for 2 weeks and this kept me from doing any lawwork and filing any paperwork on my behalf. This delay held me back on doing law work and I was not allowed to see Counselor medical or Send any mail during this 2 week period. Upon coming to central Officers at central Spoke about The incident at Coastal with other inmates withness

Charlie Baldwin (inmate) central        Counselor Hudgins. Central
willie poople (inmate)
ms Jordan Central

1

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

(See     witness     attachment.)

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I ask that the courts grant relief in the amount of $1 million dollars from each defendant named in this claim along with each defendant to resign there postions @ the Dept of corrections. Dept of corrections needs better safety policys for inmates.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this ___1st___ day of ___June___, 20 __23__.

_____
PLAINTIFF

STATE OF GEORGIA

**BIBB** COUNTY

## SWORN AFFIDAVIT

Affiant's Name: Adrian L. Benson

Address: Central State Prison                                     4600 Fulton Mill Road

City: Macon                              State: Georgia                              Zip: 31208

Re:

Pursuant to **28 USCA Section 1746** the above named Affiant hereby certifies, deposes and states under penalty of perjury that the foregoing facts, set forth herein, are both true and correct, to the best of his knowledge. Affiant further affirms that he "sui-juris" and competent to testify in this matter. Affiant submits this Affidavit based on his personal knowledge of its contents and offers this sworn testimony for use in this court, and any lawful proceeding:

I wish to drop claims against the following defendants Timonty ward officer Bis CO SGT Durant aaron Pinerio G.DC Commissioner I am at Central State Prison and 3 of the inmates that were involved in the incident that were my attackers have been transferred here to central. Plaintff life is in Danger. due to the fact that inmates Derrick Davis terrance myricks and issas grimes have tried to recruit inmates to jump on Plaintff. Plaintff has asked the Courts to TRO and transferred these three inmates for the safety of the plaintff.

This affidavit is given under penalty of perjury          Title 28 USCA Section 1746

So sworn, this ___1st___ day of ___~~July~~ June___          20 23

/s/ _____

GDC Number: ___1171205___

STATE OF GEORGIA

CERTIFICATE OF SERVICE

Comes now _Adrian Barton_ _____, by his signature below and certifies
that he has this _18th_ day of _May_ _____, 20 23 served a true and exact copy of the
foregoing: _motions_ _____

upon the parties listed below by placing a true and exact copy of the same document in the United States
Mail with sufficient postage thereon to assure its prompt delivery and that same is correctly addressed as
follows:

U.S. District Court Middle Ga.
P.O. Box 1130
Augusta Ga. 30903

AFFIANT                                    PRO. SE.
GDC# 1171305
CENTRAL STATE PRISON
4600 FULTON MILL RD.
MACON, GEORGIA 31208

ADRIAN NMN FORT
MY COMMISSION EXPIRES
NOTARY
PUBLIC
NOVEMBER 04, 2025
BIBB COUNTY, GEORGIA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia  ▼

Savannah Division

|  |  |
|---|---|
| ADRIAN LAMAR BRIMSON ) ) ) ) ) ) ) ) ) ) ) ) ) )  | Case No.  CV423-039 |

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

See  attached  #1
_Defendant(s)_
_(Write the full name of each defendant who is being sued.  If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.  Do not include addresses here.)_

(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

IN THE SUPERIOR COURT OF _Sothern_ COUNTY
STATE OF GEORGIA

_Adaran Benson_ )
Plaintiff/Petitioner )
_GDC1171205_ )
)
Vs. )        CRIMINAL/CIVIL ACTION
)        FILE NO:
_Lt Bettany Beard_ )        _4:23 -CV- 39_
)
_SGT Gillison_ )
)
_Officer Strickand_ )
Defendants/Respondants )

_____

COMES NOW the above-named _____ and respectfully

presents to the Honorable Court as follows:--

Combination of motions to be
filed as followed:
Temperary restraining order
Motion for leave to file amended
Complaint
Amendent complaint 42. U.S.C § 1983
Summons
Motion for Appointment of consel
first reqest for production of documents
Complaint for violation of Civil rights
finincals freedom of information

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

ADRIAN. BRINSON
117 1205
Plaintiff

TRO
Civil Action no.
4:23-CV-39

Vs.

SGT. Gillison

Upon the complaint, the supporting affidavits of Plaintiffs and the memorandum of law submitted herewith, it is:

Ordered that defendants Derrick Davis, Kyle walker, officer strickland, SGT Gillison SGT Beard, Deputy Warden of Care & treatment (coastal stok Prison) krugler. Show cause in room ___ of the United States courthouse, _____ address on the ___ day of ___ 20__, at ___ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants their successors in office, agents and employees and all other persons acting in concert and participation with them, from having any contact with Plaintiff Adrian Brinson. Defendants Derrick Davis and terrance

1

It Is Further Ordered that effective Immediately and pending the hearing and determination of this order to show cause, the defendants Derrick Davis ¿ terrance myricks and each of there officers, agents employers, and all persons acting in Concent or participation with them, are restrained from having Contact with Plaintiff Adrian L. Brinson. Defendants Derrick Davis ¿ terrance myricks are both at Same Prison as plaintiff and ask that Derrick Davis and terrance myricks be transferred to keep distance from Plaintiff.

It IS Further Ordered that the order to Show Cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by date _____.

X _____

_____            Judge

Date
United States District Judge.            2.

Attachment 1

# Defendant List

1. officer strickland  Coastal State Prison
2. Lt. Brittany Beard  Coastal State Prison
3. SGT Gillison  Coastal state Prison
4. Unit manger  Tia fletcher  Coastal state Prison
5. Depty warden C&T Krugler  Coastal state Prison
6. Counselor Ms. Smith  Central State Prison
7. Central State Prison business office
8. terrance myricks  central state Prison
9. Derrick Davis GDC #  Central State Prison
10. kyle walker GDC #  waic State Prison
11. Lt Caldwell  Central State Prison

Individual & Official Capacity

Witness list

1. Alvinesia Davis
2. Derylmaize Jackson
3. Special GBI agent John Doe #1
4. Counselor macfee (Coastal)
5. ms Ivey
6. Creative writing class
7. John Doe # 2
8. SGT Richardson
9. Toliveo

10. Trey
11. ms Parker (Coastal)
12. Kalphel Hogan 1002551988
13. Adanson Sacobs 100308125
14. Counselor moore (Coastal)
15. Soc Brown
16. mailroom officer (Coastal)
17. mailroom officer (Central)
18. SGT Gibbs (Coastal)
19. Big C (Coastal)
20. issac grimes
21. SGT Durant (Coastal)
23. Lt. Brown (Coastal)

1

23. Lillie Poole
24. Charlie Baldwin
25. unit manger ms Sorolen (Central)
26. Counselor Hedggins
27. unit manger mc call (Central)
28. Lt. Green      Central
29. DWCT Passon chambes

30. G. Sampson warden (Central)
31. Counselor fields (Central)
32. myron Jones      Central

33. Counselor tilman   mental Health
34. Doc   Stevenson   mental Health
35. ms Watkins   mailroom   Central

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Adrian Lamar Brinson |
| All other names by which you have been known: | Adrian L. Graham |
| ID Number | GDC # 1171205 |
| Current Institution | Central State Prison |
| Address | 9600 fulton mill Rd. |
| | Macon          Ga.          31208 |
| | *City*          *State*          *Zip Code* |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Officer Strickland / taylor |
| Job or Title *(if known)* | Officer COI |
| Shield Number | unknown |
| Employer | GDC Coastal State Prison |
| Address | P.O. Box 7150 |
| | Garden City          Ga. |
| | *City*          *State*          *Zip Code* |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Lt Bettany B Beard |
| Job or Title *(if known)* | Lt. |
| Shield Number | unknown |
| Employer | GDC Coastal State Prison |
| Address | P.O. Box 7150 |
| | Garden City          Ga. |
| | *City*          *State*          *Zip Code* |

☑ Individual capacity    ☑ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                  SGT Gillison
    Job or Title *(if known)*    SGT
    Shield Number       unknown
    Employer           GDC  Coastal  State  Prison
    Address             P.O. Box  7150
                      Garden City,  Ga.
                          *City*         *State*         *Zip Code*
    ☑ Individual capacity     ☑ Official capacity

Defendant No. 4
    Name                  Tia  Fletcher
    Job or Title *(if known)*    Mental  health Unit  manger
    Shield Number       unknown
    Employer           GDC  Coastal  State  Prison
    Address             P.O. Box  7150
                      Garden City,  Ga.
                          *City*         *State*         *Zip Code*
    ☑ Individual capacity     ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to due process and Exhaustion of Administrative Remedies Administrative Procedures here denied
Right to be free of retaliation for filing 1983
Right to be free of harm (life liberty)
Right to medical treatment.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant #5
Depty warden of care and treatment Kngler
Coastal State Prison
Garden City Ga.                     Individual & official
                                           Capacity

Defendant #6
Counselor MS. Smith
Counselor @ central state Prison
4600 fulton mill Rd.
macon Ga. 31208                    Indrvidual & official
                                           Capacity

Defendant #7
Business office @ central state Prison
4600 fulton mill Rd.
macon Ga. 31208                    Indiuidual & official
                                           Capacity

Defendant #8
terrance mynicks (Inmate) Individual
Central state Prison              Capacity
4600 fulton mill Rd.
macon ga. 31208

Defendant #9
Demrick Davis (inmate)
Central state Prison              Individual
4600 fulton mill Rd.             Capacity
macon Ga. 31208

Defendant #10
Kyle walker (inmate)
ware State Prison                Individual
                                          Capacity

Defendant #11
Lt Caldwell
Central state Prison            Indivrdual & official
4600 fulton mill Rd.                      Capacity
macon Ga. 31208

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants Strickland, Beard, Fletcher, Kregler Gillison, Smith, Caldwell are all employees of Ga Dept of Corrections and acted under Color of State while working at the GDC

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

@ coastal state Prison / Central State Prison

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Started @ coastal state Prison still ongoing @ central state Prison

Page 4 of 11

Claim 1: on oct 25 2023 2nd block @ Coastal state Prison I spoke with mental health Counselor macfee at my appointment and shared with her Cocerns that my life was in trouble. I explained to her that a officer at the prison had put a hit out on me because on July 5th 2019 a Bainbridge teen by the name of

Tanzania Rashaun Cooper was shot and killed in thomasvile Ga. on feinberg st. My Co defendant Derylmaize Jackson was charged for the murder along with my ex girlfreind Alvincisa Davis. 2 days after the incident

Derrick Davis shot my stepson in retaliation to Janzania murder. Let the record show

that Tanzania Cooper is from bainbridge Ga. He is related to Lt Brittany Beard at Coastal State Prison whom is also from bainbridge Ga. I told ms macfee

that Derrick Davis AKA BB was at Coastal
state Prison. Derrick Davis and Lt Beard
are classmates from class of 2012. Beard
and Davis had made threats to plaintiff
Brinson "to make sure he gets touched"
Counselor macfee reported the threat to
Unit manger tia fletcher. Unit manger
fletcher and Lt Beard are good
friends and instead of relaying message
to Security ms fletcher informed Lt
Beard that I was going to write a
statement on her. Unit manger ms fletcher
Put inmates life in futher danger by
Giving Lt Beard heads up.




Witthness;
Alvinesia Davis
Derylmaize Jackson
GBI special agent John Doe
macfee

Claim 2: On Oct 28 2022
Coastal Stak Prison 1:38pm medication
Pill call window. SGT/Lt Beard stopped
and and asked could she speak
with me a min. I didnt feel comfortak
So I asked another inmate John Doe#5
to come with me. Derrick Davis was
beside her. Beard stated that "if Beard
wants to get something done to you
then Beard gets it done." I walked
off but was approached by Davis
and Davis stated that "if I get Beard
in trouble I'll get seen about." I told
SGT Richardson about threats by Davis
and Beard and Richardson refused to
let me go to Protective Custody. On Nov
8th 2022 @ 2:08pm coastal Stak Prison
N building yard. I was on the yard
and inmate                approached me and
said that SGT Beard was in the building

1

looking for me, and that she said she was not leaving until she spoke with me. I stayed outside but she came outside with officer strickland. As soon as SGT Beard seen me she walked up to me and started yelling at me. officer Strickland stood by the door smiling as Beard assulted me verbal and made more threats that were carryed out on nov 16th 2022. On nov 15th 2022 and block Coastal Stat Prison Gym Creative writing class with ms ivey. During class I exposed SGT Beard to be corrupt and having evil intents. I told the class in a egsay about my issues with Beard and threats to my life. I also told about the illegal activity SGT Beard has been getting into.

<u>witness</u>
ms ivey
Creative writing class
John Doe #2
SGT Richardson

Toliver

2

Claim 3: on nov 16th 2022 @ Coastal State Prison 7:12am inmate Trey withnessed officer Strickland Speaking with inmate Soe Brown and Strickland Stated that there was a hit on a muslim. Inmate Trey had knowledge of the threats made by Beard and thought that Strickland was speaking of me so he told me to be careful. nov 16th 2022 @ coastal State Prison 2:38 pm n building. officer strickland called me outside the building and told me to pack up my things. Once I returned with my property officer strickland was outside talking to Derrick Davis and kyle walker. Inmate Hogan and Jacob approached me and told me "they heard what's going on and to don't say nothing when I get to the building." I turned around and Davis and walker had came up behind me. They attacked me. During the attack officer strickland was less then

1

feet away while the incident took place.
officer strickland didn't aid assist,
didn't call in 10-10 code   didn't respond
didn't stop the inmates Didn't report the
incident and made threats that "SGT Beard
was at medical Dont go that way."
As I passed Strickland to get away
from attackers another group of inmates
attacked my by N building gate. I
ran up the flat top and went to
Security.   I was never treated
at medical I was refused medical
treatment by Depty warden of CT
She asked me where I couldn't go
and I told her the dudes that jumped
on me from F building and thats where
she put me. SGT Gillison and Depty warden
of care & treatment denied me medical
attention after the incident and denied
me protective custody after I wrote a
statement of the inmates and officers

witness
Trey parker
Hogan
moore   Counselor
nelsonparker

Jacobs
Joe Brown

2.

Claim 4: On Nov 16th 2022 2:44pm coasta

State Prison. Deputy warden of care and treatments office. Once I got into the office, office of ms kruglar, SGT Gillison and SGT Gibbs were in the room. As I stated to the warden what whas going on SGT Gillison stopped me and defended SGT Beard saying she has nothing to do with this. I told the Dw that I wanted to go to protective Custody and they said I would have to wirk a statement with names so I did. Once I wrote the statemt inwhich included Strickland and Beards illegal actuities SGT Gillison quickly pulled up the footage and made a copy. my nose was still bleeding and they made me siit in the lobby while they talked. No medical attention given. Inmate Brinson didnt recive no more medical treatment while being at coastal due to retalation from Staff that wee friends with SGT Beard Dw Kruglar asked what building I codd go to because there was no room in the hole denying me protectiv custody. I told her any where but F building because SGT Beard ran that building and the boys connected to the assult were in that building." SGT Gillison stated Put him in F." Puting me in futher danger.

1

D warden called officer Strickland to the office and showed her the statement officer strickland walked out the room looked at me and returned to her Post and told the inmates I snitched on her Due to officer strickland no longer being employeed at Coastal State prison cause inmates to make threats towards brinson.

witness
mail room officer
SGT Gibbs
Counslor Moore
ms Parkee

2.

Claim 5: On NOV 22 2022 @ Coastal State Prison 3pm SGT Durant was told by DW of care & treatment to bring me to her office Once I got to the office SGT Gillison and Gibbs was in there. SGT Gillison Stated "I told you to leave SGT Beard out of it. Today going to be your last day breathing at Coastal State Prison" SGT Gillison retaliated against me and placed me in the hole for no reason and without DR. I was placed in the hole without my property, no mat blanket or anything. On Nov 23, 2022 Lt Brown brought my property and mat. Officer Big C was instructed by SGT Gillison to move me to a room upstairs but I told him that all the dudes that attacked me are upstairs. Big C stated that SGT Gillison said "if I didn't move Rooms she would come and spray me." SGT Gillison Put me in the room with issac grimes. A inmate that is known for stabbing

1

inmates. Issac grimes stated below he attacked Plaintiff on nov 23 2022 that SGT Gibbs got him to jump on me. Grimes stated that he was paid on apple pay. During the attack officers didn't respond to Plaintiffs screams and didn't provide medical attention.

witness
_____

Big C (officer) Coastal State Prison

issac grimes inmate Central State Prison

SGT Durant (officer) Coastal State Prison

Lt Brown (officer) Coastal State Prison

SGT Gibbs (officer) Coastal State Prison

Willie Poole

Charlie Baldman

2

Claim 6: On nov 16th 2022 at coastel State prison I named all the innates that were incolued in state ment and grievance. Shortley after getting to Central State Prison inmate Grimes was transferred to Cental from Johnson State Prison between leaving Coastal and going to central was only 90 days and three prisons. Shortly after issac arrived Derrick Davis (BB) arrived and has kept up mess trying to get ppl to jump on plaintiff. Defendant terrance myricks and Derrick Davis attacked Plaintiff on may 3rd 2023 at central State Prison. Plaintiff reported to officer Jones the threat and she passed word to Lt coldwell but both officers refused protective Custody and networked with inmates to push plaintiff back inside the door. Inmates terrance myricks and Derrick Davis Sent text messages arcancr the prison stating that Plaintiff was a Snitch and a police was on his head Plaintiff moved around to 5 different obens for his safty along with inmate onyvon Jones.

officer Jones and Lt Caldwell refused
medical attention refused protective
Custody and put plaintff life in
danger.

witness:
Officer Jones
Lt Green
Untmanger ns. mc Call
myron Jones

2

Claim 7: On Feb 24 2023 Plantiff recieved papers from Courts ordering that he get Cosent form sent back along with a Copy of fincol. I turned in forms to busness office to be returned signed but busness office at Central never returned forms. mailroom officer stated she never recieved anything from business office. unit manger ms Jordan Stated that business office stated they will return papers on march 8th 2023 via phone. They still never returned papers spoke to Canselor Hissins Conselor Our Care & treatment, warden Sampson, about Papers and still to this day have yet to get them from business office and holding me back from moving forward with lawsuit.

Withness.
Conselor Hissins          ms Jordan
Conselor Telman           mailroom officer
Doc Stevenson
Our Care & treatment
G- Sampson

1

Claim 8: On may 4th 2023 Plaintiff approached Counselor Smith in a bad state and explained to her what was going on. I told her inmates had place hit on my head I told her what happened at last camp and tryed to give her a emergency grievance to turn in but she refused to take my grievance because she said she aint my Counselor and it aint her problem. Counselor Smith refused to sign my grievance and refused me protective Custody. I filed emergency grievance on kiosk and grievance has yet to be answered 1 month late.

witness

Counselor Fields
Counselor Hudgins
officer Jones
myron Jones

Counselor tilmen
Doctor Stevenson
ms watkins

Claim 90: In retoliation to fileing the grievance on nov 23 2022 and statment on SGT Beard and offer Strickland I was transffered on Dec 4th 2022 to Central State. my family ordered a food package and I never recrved my paakage. Grievance was filed and Still never recrved Package. As soon as I got to central State I was put on lockdown for 2 weeks and this kept me from doing any lawwork and fileing any paperwork on my behalf. This delay held me back on doing law work and I was not allowed to see Counsela medical or send any mail during this 2 week period, Upon Coming to central Officers at central spoke about the incident at Coastal with other inmates withness

charlie Baldwin (inmate) Central     Cansclor Hudsins, Central
willie poople (inmate)
ms Jordan Central

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

Started on nov 8th 2022 then 1st attack happened on nov 16th then 2nd attack was during the hole nov 23 2022

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* SGT Beard is related to a teenager from bainbridge Ga. That was killed in July 2019. I was suspect and arrested for the murder. SGT Beard found out who I was and placed money on my head working along with officer strickland and her classmate Derrick Davis.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

During the attack my nose was broke recievered cut on hands and neck and back Pains from assult in isolation

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Relief That I request is for all parties that had something to do with incident and are named defendents should resign at the department of correction and for Damages irreplaceable I request that each defendant pay the amount of 1 million dollars for the wreckless acts with evil intent that caused injurys on nov 16 22

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

---

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

nov 16 2022
Coastal State Prison   to   Central   State Prison   current

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

assult  on   nov 16th 2022 Retaliation and
Placed in hole on nov 23. 22

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

I filed a grievance at Coastal and Councler Smith @ central state refused to sign my grievance here

2.   What did you claim in your grievance? When life was in harms way

Officers @ Coastal stek prison worked with inmates to attack me and threats from these officers.

3.   What was the result, if any?

Grievance Rejected Appeal Rejected.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appealed the decision all the way to Dept of Corrections.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

> Spoke with counsler macfee and mitu manger
> Tia fletcher about Threads nothing —as alone.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

> Central state Prison counstero- refuse to sign
> or accept any of my grievance,

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.   Parties to the previous lawsuit
           Plaintiff(s) _____
           Defendant(s) _____

      2.   Court *(if federal court, name the district; if state court, name the county and State)*

           _____

      3.   Docket or index number

           _____

      4.   Name of Judge assigned to your case

           _____

      5.   Approximate date of filing lawsuit

           _____

      6.   Is the case still pending?

           ☐ Yes

           ☐ No

           If no, give the approximate date of disposition. _____

      7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
           in your favor? Was the case appealed?)*

           _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        6 / 1 / 23

Signature of Plaintiff

Printed Name of Plaintiff      Aelaan  Lamar  Brinson

Prison Identification #        1171205        GDC #

Prison Address        4600  Fulton  mill  Rd.

        Macon        Ga.        31208
        *City*            *State*        *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

        *City*            *State*        *Zip Code*

Telephone Number

E-mail Address