IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ADRIAN LAMAR BRINSON, | § § § |
| *Plaintiff*, | § § |
| v. | § Civil Action No. § 4:23-cv-00039-WTM-CLR |
| CHARNEQUA STRICKLAND, et al. | § § § |
| *Defendants*. | § |

## **ENTRY OF APPEARANCE**

COMES NOW Noah Green, Esq. of Henefeld & Green, P.C. and herewith enters his appearance as counsel on behalf of Defendant Charnequa Strickland.

This 6th day of July, 2023.

HENEFELD & GREEN, P.C.

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Strickland*

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ADRIAN LAMAR BRINSON, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. |
| § | 4:23-cv-00039-WTM-CLR |
| § | |
| CHARNEQUA STRICKLAND, et al. § | |
| § | |
| *Defendants.* § | |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within ***Entry of Appearance*** with the Clerk using the CM/ECF filing system which will automatically send notification of the filing to all attorneys of record.

This 6th day of July, 2023.

/s/ Noah Green
Noah Green
Georgia Bar No. 468138

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

2