UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2023 JUL 24 A 10: 02

ADRIAN L. BRINSON
1171205
Plaintiff

Vs

SGT Brittany Beard
SGT Gillison
et.

Civil Action
4:23-CV-39

## Motion For Leave to file Amended Complaint

Plaintiff Adrian L. Brinson, pursuant to Rules 15(a) and
19(a), Fed. R. Civ. P., requests leave to file an amended
complaint adding a party.

1. The Plaintiff in his original complaint Didnt make
Clear whom were defendents and who were withnesses
and wishes to amend his Complaint.

2. The Plaintiff wishes to drop Civil Action against
Defendant Aaron Pinerio, timonty ward, and SGT
Durant. (Also all Commissioners)

3. The Plaintiff wishes to add Defendents!

1

3. Since the filing of the complaint the Plaintiff has determined that the name of three of the John Doe Attackers are B.B. = Derrick Davis   Money hungry = Kyle Walker 1000769542  Hot = Isaac Grimes  10002463478

4. This court should grant leave freely to amend a Complaint. Forman v. Davis 371 US 178, 182 (1962).

may 24th 2023

Respectfully submitted,

Adrian Benson
     1171205

Central State Prison
4600 Fulton mill Rd.
macon Georgia.

2



Adrian Benson #1171205
Post office Box Central State prison
4600 Fulton mill Rd.
Macon Ga. 31208

Placed in mailbox
July 17th 2023

Legal
Mail

Private

U.S. Southern District Court
P.O. Box 1130
Augusta Georgia 30903

mailed to business