Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Savannah Division

Case No. CV 423-039

*(to be filled in by the Clerk's Office)*

ADRIAN L. BRINSON

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SGT. Gillson et.

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    AORIAN L. BRINSON

All other names by which
you have been known:          ADRIAN LAMAR GRAHAM

ID Number                            GDC 1171205

Current Institution             Central State Prison

Address                              1400 fulton mill Rd.

Macon                    GA                    31208
City                    State                  Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name                                    Jane Doe #1 AKA Strickland Taylor

Job or Title *(if known)*          officer

Shield Number                       N/A

Employer                              Ga. Dept of Corrections (Coastal SP)

Address                              P.O. Box 7150

Garden City,        Ga.
City                   State                  Zip Code

☑ Individual capacity    ☑ Official capacity
only                    also

**Defendant No. 2**

Name                                    Brittany Beard

Job or Title *(if known)*          Lt.

Shield Number                       N/A

Employer                              Ga. Dept of Corrections (Coastal SP)

Address                              P.O. Box 7150

Garden City         Ga.
City                   State                  Zip Code

☑ Individual capacity    ☑ Official capacity
only                    also

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _Jane Doe #2 ARA Gillison_

Job or Title *(if known)* _SGT._

Shield Number _N/A_

Employer _Ga. Dept of Corrections (Coastal SP)_

Address _P.O. Box 7150_

_Garden City_          _Ga._
City                              State              Zip Code

☑ Individual capacity      ☑ Official capacity
_only_                  ~~one~~

Defendant No. 4

Name _Jane Doe #3 AKA Krugler_

Job or Title *(if known)* _Depty warden of care & treatment_

Shield Number _N/A_

Employer _Ga. Dept of corrections (Coastal SP)_

Address _P.O. Box 7150_

_Garden City_          _Ga._
City                              State              Zip Code

☑ Individual capacity      ☑ Official capacity
_only_                  ~~one~~

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
_1st Amendment Right    8th Amendment    14th Amendment_
_cruel unusal punishment   Procedural Due process medical_
_treatment denied altogether_

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?
                        _N/A_

Defendant list

1. Officer Strickland AKA taylor
   Coastal state prison /co

2. Brittany Beard SGT
   Coastal state Prison

3. Depty warden of C3T Kngler
   Coastal State Prison

4. SGT Gillison
   Coastal State Prison

5. Derrick Davis (Inmate) B.B
   Central State Prison
   4600 Fulton Mill Rd.
   macon Ga.

6. kyle walker AKA money (Inmate)
   Ware State Prison

7. Terrance myricks AKA tatoo Inmate
   Central State Prison

1

Withness        list

1. Alvinesia Davis
2. Derylmaize Jackson
3. Special GBI agent   John Doe #1
4. Counselor maclee (Coastal)
5. ms Ivey
6. Creative writing class
7. John Doe # 2
8. SGT Richardson
9. Toluce
10. Trey
11. ms Parker (Coastal)
12. kalphrel Hogan  1007551988
13. Adanson Sacobs  1003081'25
14. Counselor moore (Coastal)
15. Joe Brown
16. mailroom officer (Coastal)
17. mailroom officer (Central)
18. SGT Gibbs (Coastal)
19. Big C (Coastal)
20. issac grimes
21. SGT Durant (Coastal)
22. Lt. Brown (Coastal)

23. Willie Poole -

24. Charlie Baldwin

25. Unit manger ms Sordan (Central)

26. Counselor Hodggins

27. Unit manger mccoll (Central)

28. Lt. Green    Central

29. DUCT Passon chambers

30. G. Sampson warden (Central)

31. Counselor fields (Central)

32. myron Jones    Central

33. Counselor tilman    mental Health

34. Doc Stevenson    mental Health

35. ms Watkins    madison    Central

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each Defendants are employed by the Ga. Dept. of corrections and Therefore acts under Color of State law having sworn oath to protect and keep each inmate safe and free from harm and cruel and unusal punishment.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Officer Stretland on nov16th 2022 @ 2:38 pm I was attacked by 5 inmates in front of N building at Coastal State Prison officer Stretland watched and did not respond report the incident of offer medical treatment (See Claim 4)

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

@ Coastal State prison in Garden City Ga. in front of N building.

Statement of Claim: On Nov 16th 2022 2:38 pm location Coastal state Prison N building front of building. Defendent Strickland called plaintiff outside to be assulted by inmates Derrick Davis (BB) and Kyle walker AKA money hungry. officer Strickland watched the assult from feet away did not respond help assist or break up the incident. As Plaintiff ran from attackers another group of inmates attacked Plaintiff. During the incident officer Strickland did not respond in any kind of way and did not offer medical attention to Plaintiff inmates Adamson Jacobs GDC# 1003081as ½ kdpheal Hogan GDC # 1002351a99 withness the attack. @ 7.15 am inmate Trey Stating that a hit was on a muslin today in which plaintiff Brinson is a muslin. weeks prior to the assult on nov 16th SGT Beard and Strickland had made threats of violence toward Brinson because Brinson is a suspect in a murder investigation of a bambridge Ga teen whom is relateded to SGT Beard. Brinson Threated to expose Beard and Strickland illegal attitwatures at his Creative writing class. In return Plaintiff was attacked by officer Strickland boyfriend money hungry AKA Kyle walker and classmate BB AKA Derrick Davis. SGT Beard boyfriend SGT Gillson and Depty warden of Care and treatment kingler Denied Plaintiff protective Custody and medical attention. Plaintiff was never Seen by medical. On nov 22 2022

Claim 2. Plaintiff was placed in isolation by SGT Gillison and kingler for no reason. SGT Gillson Said it was for bothering SGT Beard. I was placed in the hole by Durant and Big C whom withness this events.

(1)

Brinson claims that being placed in hole for no reason was retaliation. Brinson spent the night in a cold cell with no property no mat no blanket Cruel and unusal punishment. On nov 22 2022.

Claim 3: On nov 23 2022 I filed a grieve with P. williams in the morning and in the afternoon Gillison retaliated on me by changeing my room to a room upstairs. I told officer Big C all the guys that Jumped on me are up there and he said that SGT gillison said I had to go in on she was going to Come Spray me so I went inside. 20 mins later Big C came back and Said Gillison said its the wrong room. I was placed in another room with issac grimes. Before Shift Change He attacked me. No officer came to my aid when I Screamed willie poole the orderly came but said the officer told him to stay from up there. Note I was denied medical attention spent a week in hole and as soon as I got to Central 2 weeks on lockdown.

Claim 4. Inmate grimes Iassic was paid $1000 on his girlfriend apple pay to take care of me after transfer from Coastal he went to Johnson stayed there 2 months and was transfered to Central where I am. 2 weeks later Derrick Davis and extra grieve and end up in the

2

Same Dorm S-1 Grimes was suppose to do the Job right but he didnt so he was transfered to telfare state prison a Leve 5 days before going home. Bninson Claim that inmates Derrick Davis and other inmates has threaten Brnson and are at the same prison.

(3)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

nov   16th   2022   Attacked by inmate
nov   22   2022   Retaliated placed in hole

(See time line)

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Officer stricktone and SGT Beard
Set me up to get jumped on by inmates. A family
member of SGT Beard was killed July 5th 2019 and
I was a suspect in the murder along with my
girlfriend SGT Beard and attacker Derrick claus went
to school together and she sent him to shot me
but instead Derrick claus shot my stepson
carl wade CJ 2 days after Beard's family murder

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff recieved 4 inch cut on right hand backside Plaintiff
nose was broken on nov 16th 2022 incident. Plaintiff also
recieved neck and back injuries and still having pains. After
nov 16th 2022 incident Plaintiff was refused medical attention.
after the incident and never seen medical again. Plaintiff didn't
recieve any medical treatment until Dec 4th transfer medical
intake @ central state Prison Plaintiff has suffered from
PTSD and other mental illness due to the nov 16 inventents
and traumatized.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I ask that the courts grant relief in the amount of $1 million
dollars for the injures and demanages sustainted on nov 16th 2022
incident. Ask that the courts order the Ga Dept of corrections
to rewrite safety standards for inmates and re-rite classification
standards to better organize inmates for protections. and if
possible ask that All Defendents resign there positions
at the GDOC.

# Timeline of Events

July 5th '19  4 Beards relative killed in thomasville Ga.

July 7th 19  BB(Davis) shot my stepson earl wade in thomasville Ga.

Aug 6th 19  arrested in tallahassee fla in stolen car from Bainbridge.

Oct. 26th 22  spoke to maclee 3 ns Plecter about beard, refused PC by Richardson

Oct 28th 22. Beard asked for one on one with me after conversation B.B pulled up on me talking about taking things in his own hands. Refused PIC by Richardson

Oct 30th 22  Beard offered a can of tabaccoo for my silence Refused PIC by beard  11:45am

Nov 8th 22  Strickland and beard found me on the yard and beard went off on me.

nov 15th 22  exsposed Strickland and beard illegal ottimdoly in creative writing class in a short story

nov 16th 22  Jumped on by inmates in front of Strickland after she pointed me out to BB 3 walker refused PIC and medical attention. Attackers placed in hole

hov 17th 22  strickland fire

Nov 22 22  gillison made threat of last day breathing and placed me in hole no mat no property.

nov 23 22  Grievance filed with Pc.lliems.

nov 23 22  G.llison change my room to a room upstairs around my attackers. 30 mns later Gillson told Big C to put me in the room with issac grimes. grimes assulted me during shift change and the ordely willie poole was told not to go up there which I was screaming. grimes lates admitts Sgt C. bbs which is Sgt G.llsons Baby mother paid him a thousand on apple pey it was on apple pay the officer would bring him the phone and let him make calls. (Stayedin hole 1 week and lockdown at csp 2 weeks)

nov. 29th transferred to Central State Prison

nov. 30th Dorm placed on lock down

Dec 8th 22  grimes sent to Johnson.

Dec 15th 22  taken off lockdown

Feb. 24th 23 receieved 1983 papers

Feb 27th 23 turned in lawsit papers to busines office
to be signed and returned

march 3rd receieved reciept but not lawsuit papers

march 7th wrote chambers (DW) about papers

march 8th spoke to counselor Hugins mailroom and Jordan about papers

march 9th spoke to warden then turned in grievance

* never heard from Grievance

march 16th games transfered to Central after only
staying at Johnson 90 days.

April 27 23 Davis transfered to central
walker sent to ware State prison

May 4th 23 incident in dorm with Davis
and myricks Davis said that his gF has
money on my head

June 11 23 inmate Rico paid to kull
me.

June 25th 23 cusin chucky killed at ware
State found dead with bunkmate

June 26th 23 Lt comes to work singing
Sad funeral songs.

June 28th Cam in dorm diabled.

June 29th fot grimes transfered to telfair
days before release becuase he didn't
finish me

July 14th all lights on clean out,

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Coastal state Prison  P.O. Box 7150  Garden City Ga.
Central State Prison  macon  Ga.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
The grievance that I wrote covered all topics from the assult to the retaliation by placed in the hole denial of medical attention retailation made by officers by getting inmates against me @ Central State Prison

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

Coastal stat Prison     (isolation)
P.O. Box 7150      Nov 23 2022
Garden City Ga.

2.   What did you claim in your grievance? denied medical treatment
retaliated against
Assulted on nov 16th 2022
Threats made by SGT G.Illson
retal-ation and placed in isolation for no reason

3.   What was the result, if any?

Grievance rejected because a extra page
was added to the grievance

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed it all the way to the highest form
and after They rejected it I appealed it to
The Ga Dept of corrections they rejected it to
but I still appealed it

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

N/A

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

When I heard about the threats from SGT Beard I talked to my mental health Counselor ms naefice and she took me to unit manger of mental health Tia Fletcher, ms. Fletcher Stated that I would have to give names if I wanted to make a report. I agreed and told her my story and it never left the room on my behalf

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Since I have been at Central State prison I have tried to put in a few grievances dealing with retaliation from conflict with staff. Counselors Smith & huggins refused to sign off on grievances and the grievance I wrote have not heard anything from them.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Grievance was not
accepted by Central
State prison Counselor Staff

To: GDC

Proff. Standards

*CONFIDENTIAL*

SOP 227.02
Attachment 1
5/10/19

Offender GRIEVANCE FORM (Facsimile)

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME Adrian L. Brinson   OFFENDER NUMBER 1171705

INSTITUTION Central Stit Pason   GRIEVANCE NUMBER _____

DATE COMPLETED FORM RECEIVED FROM OFFENDER ___/___/___ BY

DATE APPEAL RECEIVED ___/___/___ BY _____

---

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATE, NAMES OF PERSONS INVOLVED, AND WITNESS.

DESCRIPTION OF INCIDENT: On may 4th 2023 there was a incident that went on where inmate Derrick Davis terrance mynicks and others threaten me with knives to stabb me behind a Coastal State Prison incident that happened on nov 16th 2022 I was refused protecter Castody by Lt Cothell and my life was in harms way. I approached Counselor Smith to help with with turning in a Emergancy grievance and she denied Signing my grievance Counselor smith would not speak to me about the issuer and my grievance was denied

RESOLUTION REQUESTED: GDC should change policy dealing with Emergency grievances that deal w/o the safety of a inmate no inmat should be denied a grievance on help on filing one

Offender Signature _____   Date: may 27 2023

Is this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.
Counselor fields and Canseler smith refused to sign or accept grievance.

=========================================================================
RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME _____   GDC I.D. #:_____

ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE

DATE: ___/___/___   COUNSELOR'S SIGNATURE _____

Form PI-2001

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

*Wallace-staff neg reject more pages*

*CONFIDENTIAL*

**Offender GRIEVANCE FORM (Facsimile)**

SOP 227.02
Attachment 1
5/10/19

| INSTITUTIONAL STAFF USE ONLY | |
|---|---|
| OFFENDER NAME Bryson, Aelman | OFFENDER NUMBER N11205 |
| INSTITUTION Coastal SP | GRIEVANCE NUMBER 346064 |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER 11/23/22 | BY T. Willis |
| DATE APPEAL RECEIVED | BY |

THIS FORM MUST BE COMPLETED IN INK.  YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On 16th of Nov 2022 @ 2:38 pm officer Strickland in front of N/A building along with SGT Beard put a can of cigarettes on my head and I was attacked by 3 inmates in front of N building. officer Strickland didn't call in 10-10 and failed to help she smiled and said dont run to medical SGT Beard up there. Prison staff is trying to cover things up.  See Attachment 2 will give witness to GBI or criminal investigator.

RESOLUTION REQUESTED: Notify GBI of retaliation move by warden of CT & SGT Gillison Notify my family of grave threat Request to speak to criminal investigator ASAP. Request that SGT Beard apologize and recall the h4 that was ordered by her and staff

Offender Signature                                          Date 11/22/22

Is this grievance being filed within the 10 day time limit? Please answer Yes or No. If the answer is No, please explain why.
Yes but I went to 4 counselors 1st and none would sign it.

Attachment 3 to Grievance
Since this incident has taken place
I have been recieving threats from
staff and inmates Coccerning SGT
Beard. On 11/22/23 @ 3pm
I was Called to Warden CT
office SGT Gillison Plan out
Stated that if I didn't "leave
SGT Beard out of this or It will
be my last day living at CSP."
I was placed in the hole for
no reason at all pending investigation
When the incident took place last
week they didn't put me in the
hole then when my life was
in immediate danger SGT Beard
SGT Gillison warden of CT Kayer, officer
Strickland, officer stevens, officer love
all are apart of organization that
destribute drugs and Contrabanel thru
out the CSP There are others such
as Counselors and staff that have
indirect roles I have a list of
15 withnesses to prove my facts
evidence, text messages, and video

to support my claims GBI has been notified on 11/21/22. The address to my mother house is floating around the prisons by inmates and word is they got my family information from SGT Beard. My family life is in danger and so is my life. They put me in the hole with no medical treatment after the attach no mat blanket or any of my property. I go to court monday and they are holding my legal material this cover up for these officers reach up to the wardens office. 75% of th staff are connected thou there illegal organization and communicate off duty. Most likely I'll die here at Coastal State prison at the hands of SGT Beard and assiociates. I just need my family to know what is going on.

x [signature]

11/22/22

GDC 1171205

SOP 227.02
Attachment 4
5/10/19

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: Brinson, Adrian

Grievance Number: 346064

GDC #: 1171205

Facility: Coastal State Prison

RESPONSE TO GRIEVANCE:

Offender Brinson, Adrian GDC# 1171205, based on factual statement(s) provided: your grievance #346064 has been reviewed and you have since been transferred to Central State Prison as of 11/29/2022. However, regarding this issue of being assaulted; camera footage was reviewed and handle accordingly to policy and procedures. As you know information regarding other offender(s) and/or staff will not be discussed. Enclosing, your grievance will be rejected on the following reason (s):

Grievance contained extra pages other than those allotted and had writing on the backside of a page.

_____
Warden's/Superintendent's Signature

12/16/22
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____
Offender's Signature

_____
(Date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

### WARDEN'S/SUPERINTENDENT'S
### REJECTED GRIEVANCE RESPONSE

SOP 227.02
Attachment 11
5/10/19

**Offender's Name:** Brinson, Adrian
**GDC#:** 1171205

**Grievance Number:** 346064
**Facility:** Coastal State Prison

This grievance revealed that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is rejected for the following reason(s):

☐ **Does not personally affect the offender.**

☐ **Matters over which the Department has no control, including parole decisions, sentences, probation revocations, court decisions, and any matters established by the laws of the state.**

☐ **Disciplinary actions, including any warnings, sanctions, fees, or assessments. The disciplinary appeal procedure is located in SOP 209.01, Offender Discipline.**

☐ **Involuntary assignments to Administrative Segregation. The procedure to appeal such assignment is located in SOP 209.06, Administrative Segregation.**

☐ **Co-pay charges assessed for health care. The procedure to appeal such charges is located in SOP 507.04.03, Offender Health Concerns or Complaints.**

☐ **Transfers of offenders between institutions.**

☐ **Housing assignments, program assignments, security classifications or work assignments, unless there is an alleged threat to the offender's health or safety. The procedure to appeal such assignments is located in SOP 220.03, Classification Committee.**

☐ **Special Religious Requests that request a special religious accommodation outside the accommodations allowed for by policy. The procedure to file a Special Religious Request is located in SOP 106.11, Religious Accommodations.**

☐ **Allegations of Sexual Abuse and/or Sexual Harassment shall be forwarded to the Sexual Abuse Response Team (SART) and processed in accordance with SOP 208.06, Prison Rape Elimination Act – PREA Sexually Abusive Behavior Prevention and Intervention Program.**

☐ **Grievance was filed out of time frames as outlined in policy.**

☐ **Grievance included threats, profanity, insults, or racial slurs that are not part of the offender's allegation.**

☐ **Grievance contained more than one issue/incident.**

☑ **Grievance contained extra pages other than those allotted and had writing on the backside of a page.**

☐ **Goal Devices including issuance, usage, access, loss or termination of privileges, repair or replacement of the tablets, etc.**

_____
Warden's Signature

_12/06/22_____
(Date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____
Offender's Signature

_____
(Date)

| You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day. |
| --- |

Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.



Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP 227.02

**Brian P. Kemp**

Governor

**Timothy C. Ward**

Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

**Offender's Name:  Brinson, Adrian**

**GDC#:  1171205**

**Grievance Number: 346064**

**Facility:  Coastal State Prison**

A member of my staff has reviewed your grievance.  This review revealed that you failed to follow proper grievance procedures.  SOP 227.02 states that the offender's complaint and requested relief must be stated legibly and in writing in the space provided and only one (1) additional page may be attached to the paper grievance form and the offender may write on only one (1) side of the page.  This grievance was rejected at the institutional level in accordance with policy guidelines.   Based on this information, this grievance is denied.

**Commissioner's Designee, Southeast Region (cls)**      **Date: 12/27/22**
**Office of Professional Standards**

I ACKNOWLEDGE  RECEIPT OF THE ABOVE RESPONSE  ON THIS DATE:

_____        _____

**Offender's signature**                                      **Date**



Georgia Department of Corrections
Office of Professional Standards
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP 227.02

Brian P. Kemp
Governor

Timothy C. Ward
Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

Offender's Name:  Brinson, Adrian

Grievance Number: 346064

GDC#:  1171205

Facility:  Coastal State Prison

A member of my staff has reviewed your grievance.  This review revealed that you failed to follow proper grievance procedures. SOP 227.02 states that the offender's complaint and requested relief must be stated legibly and in writing in the space provided and only one (1) additional page may be attached to the paper grievance form and the offender may write on only one (1) side of the page.  This grievance was rejected at the institutional level in accordance with policy guidelines.   Based on this information, this grievance is denied.

Commissioner's Designee, Southeast Region (cls)          Date: 12/27/22
Office of Professional Standards

I ACKNOWLEDGE  RECEIPT OF THE ABOVE RESPONSE  ON THIS DATE:

_____          _____

Offender's signature                                              Date

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  Habeas Corpus in State Challenging my Conviction

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No *a12*

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)   Adrian L. Benson
    Defendant(s)   Aimee Smith   Aaron Pinerio

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    Chatham County Georgia

3.  Docket or index number

4.  Name of Judge assigned to your case
    Honorable John E Morse Jr.

5.  Approximate date of filing lawsuit
    10/28/20

6.  Is the case still pending?
    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition

7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*
    Pending Ruling of Judge

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        6-23-23

Signature of Plaintiff

Printed Name of Plaintiff     Adrian  Lamar  Brinson

Prison Identification #      GDC  1171705

Prison Address      1900  Fulton  m.ll  Rd.

Macon                      Ga.        31208
City                     State       Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City                     State       Zip Code

Telephone Number

E-mail Address





## STATE OF GEORGIA

## CERTIFICATE OF SERVICE

Comes now Adrian L. Brinson_____, by his signature below and certifies that he has this 12th day of ___July_____, 2023, served a true and exact copy of the foregoing: AMended Civil action Rights Complaint CV 423-039 upon the parties listed below by placing a true and exact copy of the same document in the United States Mail with sufficient postage thereon to assure its prompt delivery and that same is correctly addressed as follows:

U.S. Southern District court clerk
P. O. Box 1130
Augusta, Ga. 30903

AFFIANT                           PRO, SE.
GDC#   1171205
CENTRAL STATE PRISON
4600 FULTON MILL RD.
MACON, GEORGIA 31208

Wanda Johnson

Form PI-2001

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: Brinson, Aelcian          GDC I.D. #: 1171805

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER.

DATE: 11 / 03 / 22   COUNSELOR'S SIGNATURE: P. Williams

RETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

OFFENDER'S NAME Benson, Adrian

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

G.D.C. I.D. #: 1171205

ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE INMATE

DATE: 3 / 9 / 23   COUNSELOR'S SIGNATURE Judge

Retention Schedule: Upon completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Form PI-2001