IN THE U.S. FEDERAL DISTRICT COURT of SOUTHERN DISTRICT

ADRIAN BRINSON
1171205
Petetioner

vs.

Officer Strickland
Respondent

Civil action no: _____

*FILED U.S. DISTRICT COURT SAVANNAH DIV. 2023 AUG 28 A 11:53 CLERK SO. DIST. OF GA.*

## Motion to Cont Deadline

Comes now petetioner Adrian L. Brinson makes this motion to cont the Aug 17 Deadline to turn in amended Civil action Complaint. Under the prison mailbox rule under O.C.G.A. § 9-14-42. Petetioner ask that the Courts give him extra time to turn in the requested amended Complaint. Petetioner has applied for law library time and extra time to me deadline Peteitoner had

Call outs for 3rd block law library on 8/4/23, 8/7/23, 8/8/23, and 8/14/23. Petitioner missed all call outs due to no block movement or officer not letting out 3rd block. Petitioner filed grievance on 8/15/23 about the issue.

Petitioner needs extra time to send in documents and ask that the courts Granted the Cont.

The Clerk of the U.S. District Courts is hereby Directed to provide a copy of this order to Petitioner, Respondent, and counsel for respondent.

So Ordered, this ____ day of ____, 23.

Prepared by:
Adrian L. Brinson
GDC 1171205
Central state prison
4600 Fulton mill Rd.
macon Ga, 31408
Date: 8/15/23

_____
Judge

# STATE OF GEORGIA

## CERTIFICATE OF SERVICE

Comes now __Adrian Benson__, by his signature below and certifies that he has this __15th__ day of __Aug.__, 20__23__ served a true and exact copy of the foregoing: __motion to Cont.__ upon the parties listed below by placing a true and exact copy of the same document in the United States Mail with sufficient postage thereon to assure its prompt delivery and that same is correctly addressed as follows:

U.S. District Courts
P.O. Box 8286
Savannah Ga. 31412

Atty general
40 Capitol Square S.W.
Atlanta, Ga. 30334

AFFIANT                          PRO, SE.
GDC# _____
CENTRAL STATE PRISON
4600 FULTON MILL RD.
MACON, GEORGIA 31208

Adnan Brinson #1171205   Sealed 8/16/23
Central State Prison
4600 Fulton mill Rd.
macon ga. 31208



RECEIVED

U.S. Marshals Service
Savannah Georgia

U.S. District Courts
  Southern District
P.O. Box 8286
Savannah Ga. 31412

3141288286 B005