Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

U.S. DISTRICT COURT
BRUNSWICK DIV.
2023 OCT -3 A 10: 59

Adrian Lamar Brinson GDC 1171205
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lt. Brittany B. Beard / Officer Strickland
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. CV423-039
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Adrian Lamar Benson
   All other names by which you have been known: Adrian Lamar Graham
   ID Number: GDC # 1171205
   Current Institution: Central State Prison
   Address: 4600 Fulton Mill Rd.
   Macon, GA 31208
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Brittany B. Beard
   Job or Title (if known): Lt. Coastal State Prison
   Shield Number: N/A
   Employer: Coastal State Prison
   Address: Garden City, GA
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Jane Doe Officer Strickland /Taylor
   Job or Title (if known): Coastal State Prison (officer)
   Shield Number: N/A
   Employer: Coastal State Prison
   Address: Garden City, GA
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

   Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____

  _____
  *City*   *State*   *Zip Code*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____

  _____
  *City*   *State*   *Zip Code*

  ☐ Individual capacity   ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of oath, violation of 8th amendment Rights to be free of cruel and unusual punishment, Right to medical care, refused protect exscloy protect against physcal abuse involving prison soyel 1st Amendmen Right to petetion 14th right to medical

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendant Lt Beard acted under Color of law when incident took place on her Shift and under her duty Defenden officer Strickland acted under Color of law when incident took place on her shift in front of her and her duty

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. Incident took place @ Coastal State prison Garden City Ga.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. Nov 17 2023 2:38 pm N building Coastal state prison y

C. What date and approximate time did the events giving rise to your claim(s) occur?

The incident happened on Nov 17 2022 @ 2:35 pm @ coastal state prison In front of N building. Prior to nov 17th incent on nov 8th 22 Lt Beard & officer Strickland approached Branson on yard with threats Cont. Attachment ①

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On 11/17/22 around 2:35pm @ coastal state prison officer Strickland called me outside of my building and told me to pack my things (N building) Once I returned with my property officer Strickland was standing in front of N building with 2 inmates BB AKA Derrick Davis and money hungry AKA Kyle walker witness approached me to dont say anything, that he heard officer Strickland talking to other inmates about getting something done to me. Cont.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

During the incident on nov 16 2022 I recieved the following injuries. Nose busted possible broke, neck injury Cut on the backside of Right hand 3 inchs Emotinal distress. After incident on nov 16 2022, I didnt recieve any medical treatment of attention after the assult. I never seen anyone from medical and there was no incident report done! medical did not respond to any of my medical request after the incident. Cont.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Wherefore, Plantiff respectfully pray that this court enter judgement: Grant Plantiff Branson a declaration that acts and omissions described herein violate his rights under the Constitution and laws of the United States. A preliminary and permanent injunction ordering defendants Beard and Strickland to cease their

C. Nov 17th 2022 Coastal state prison in front of N building 2:38pm. Plaintiff was assulted by Inmates.

D. On nov 17th 2022 @ coastal state prison in front of N building 2:38pm. Officer Strickland called me outside of N building and told me to pack my porperty and report up front. I followed orders and returned with my property officer strickland was outside talking to inmates BB AKA Derrick Davis and money hungry AKA kyle walker. withness Gonvoni Jacobs approached me and went to telling me what was going on. He Stated that officer Strickland and SGT Beard put a hit on me with the 60's officer Strickland pointed me out and the 2 inmates approached me and attacked me. withness Hogan kaphk and two other inmates withness this assult. As I ran from attackers another group of attackers (Extra Joe brown and a 3rd inmate met me at the gate and attacked me. During the incident officer Strickland did not respond didn't call a code for help did not seek medical assistance. Did not do anything to stop the assult. In fact

Officer Strickland had prior knowledge of the assult because she came to work on Nov 17th 22 and told inmate Joe Brown that there was a hit on a muslim. Nov 8th 22 1:30pm Officer Strickland and SGT Beard approached Plaintiff on the yard and made threats to Plaintiff Brinson because Plaintiff asked to speak to the warden on Nov 8th 22 8am officer Strickland told SGT Beard that I planned on telling on her for putting hit on me. Nov 9th 2nd block creative writing class w/ Ivey I shared with the class something I wrote that exposed SGT Beard and I read it to the class. Nov 14th 22 Beard tried to get inmates Rico and New Jersey to offer me a can of tobacco to keep quiet I turned it down. Nov 16th 2nd block I reported the hit to Canselor macfee and unt manger fletcher whom passed word back to SGT Beard. I was denied protetive custody denied medical treatment didnt stop the assult. SGT Beard is the one that paid for the hit because she found out thru

that I may have had something to do with her family member that was killed in Thomasville Ga. July 5th 2019. 2 weeks after the shooting Derrick Davis shot my stepson Carl Wade in retaliation to the shooting. (Note) Derrick Davis and SGT Beard are classmates.

V. Injuries cont. I recieved no medical treatment after the incident and no more while I was @ Coastal State Prison.

VI Relief cont.
physical violence and threats toward Plaintiff Brinson. Granting Plaintiff compensatory damages of $50,000 from officer Strickland for her actions on Nov 17th 22 that violated Plaintiff Brinson US. Constitutional Rights and lead to injury declaratory Judgement of $10,000 from SGT Beard for her actions on Nov 17th 22 that lead to the injury

and assult of plaintiff Benson. Plaintiff request

Compensatory declaratory Judgement in the amount of $50,000.00 from officer Strickland for neglicence, Denying Protective Custody violateing oath to protect. Denying medical attention and doing so with evil intent.

Compensatory declaratory Judgement in the amount of $10,000.00 from SGT Beard for he criminal acts negleince, Denying protectur custody violating oath to protect and serve. Denying medical attention and doing so with evil intent by getting inmates to harm plaintiff Benson.

and any other relief this court deems just....

Adrian Benson

1171205

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
Coastal State prison Garden city Ga.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? The assult by other inmates off the command of Lt. Beard and Strickland in replace for contraband Denial of medical attention after the assult failure to report the incident respond to or keep inmate safe from harm of other inmates when officer knew of threat to inmate.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Coastal State prison on nov 22, 2022 Recieved By counselor Pullians

2. What did you claim in your grievance?

   that officers placed a ht on me and that my life was in Danger.

3. What was the result, if any?

   my grievance was rejected but I appealed it and they rejected it again.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I appealed it all the way up to the GDC my grivance process is Complete.

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   ~~_____~~

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   ~~_____~~

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The prison that I am at now will not accept any of my grievances that deal with retaliation. They have denied me access to law library and I have proof they have held my mail

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

~~_____~~

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit

     Plaintiff(s) _____

     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*

     _____

  3. Docket or index number

     _____

  4. Name of Judge assigned to your case

     _____

  5. Approximate date of filing lawsuit

     _____

  6. Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov 14th 2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Adrian Brinson
Prison Identification #: GDC 1172005
Prison Address: 4600 Fulton mill Rd.
Macon    Ga,    31208
City     State   Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City   State   Zip Code
Telephone Number: _____
E-mail Address: _____

My Deadline for this is 9/15/23. I just recieved this in the mail on 9/7/23 days before the deadline. The prison has been holding my legal mail. On 9/7/23 I recieved other legal mail from months prior. Enclosed is a Civil Rights Complaint that you asked about

Thank You!

1171205

4:23-cv-39

Adrian Lamar Brinson 1171205
Central State Prison
4600 Fulton Mill Road
Macon , GA 31208

Adrian Lamar Brinson
GDC 1171205
Central State Prison
4600 Fulton Mill Rd.
Macon Ga. 31208



Office of the Clerk
United States District Court
Southern District of Ga.
P.O. Box 1636
Brunswick Ga. 31521

CEN\
4600 F

The enclosed letter was processed... a letter ha... neither open...\
Forwarding to you... question or problem... or which this fa... it\
Writer raises a question or problem... return the material or fu...\
jurisdiction, you may wish to return the material or fu... ation\
clarification. If the writer en... es correspond... e for t... warding to\
another addressee, please... the enclosur... above address.