UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ADRIAN LAMAR BRINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-039 |
| | ) | |
| SGT. BRITTANY BEARD and OFFICER STRICKLAND, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Given *pro se* plaintiff Adrian Lamar Brinson's filing of multiple pleadings in this case, the Court stayed it and directed him to file a single Amended Complaint. *See* doc. 23. He has now complied with that instruction, although it is not clear that he complied timely.[1] *See* doc. 27.

---

1 "Under the 'prison mailbox rule,' a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil*, 557 F.3d 1287, 1290 n. 2 (11th Cir. 2009). "Absent evidence to the contrary . . ., [courts] will assume that [a prisoner's filing] was delivered to prison authorities on the day he signed it . . . ." *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001). Brinson's signature is dated, impossibly, "nov 14 2023." *See* doc. 27 at 15. He has also included a cover letter with his Amended Complaint that suggests that he might seek a retroactive extension of his deadline. *See id.* at 16. The envelope in which he submitted his Amended Complaint is postmarked September 28, 2023. *See id.* at 18. Given those ambiguities, the Court will not take any action *sua sponte* concerning the timeliness of Brinson's compliance. However, to the extent that any defendant wishes to challenge the Amended Complaint's propriety, they remain free to seek any relief they deem appropriate.

1

Since Brinson has arguably complied with the Court's instructions, the Clerk is **DIRECTED** to **LIFT** the Stay.  *See* doc. 23.  Defendants are **DIRECTED** to file any pleadings responsive to the Amended Complaint by no later than October 19, 2023.  *Cf.* Fed. R. Civ. P. 15(a)(3).

    **SO ORDERED,** this 6th day of October, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA